

| | | |
|---|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF: | **SUMMONS AND COMPLAINT, EXHIBITS** | |
| EFFECTED (1) BY ME: | **OUT OF STATE** | |
| TITLE: | **PROCESS SERVER** | DATE: 5/5/06 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[x] Served personally upon the defendant:

ALL AMERICAN EFX

Place where served:

4500 Easton Dr., Bakersfield, CA 93309

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Bruce Butterbret, office manager

Description of person accepting service:

SEX: M  AGE: 30  HEIGHT: 5'10  WEIGHT: 200lbs  SKIN: Cauc  HAIR: Blk  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___     SERVICES $ ____.___     TOTAL $ 48 00

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5 / 5 / 20 06

*Mark Mehr* L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

RECEIVED-CLERK
U.S. DISTRICT COURT
2006 MAY 22 P 12:56

ATTORNEY:   RICHARD A. CATALINA, JR., ESQ.
PLAINTIFF:  NUTRAQUEST INC., ET AL
DEFENDANT:  ALL AMERICAN PHARMACEUTICAL & NATURAL FOODS CORP., ET AL
VENUE:      DISTRICT OF NEW JERSEY
DOCKET:     06 CV 0186 (DRD)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

May. 3. 2006  2:54PM                               No.3806   P. 5

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5/5/06 |
| NAME OF SERVER (PRINT) Mark McMains | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Left with office manager Bruce Butterbret at place of employment, 4500 Easton Dr. Bakersfield, CA 93309

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/5/06
            Date

*Signature of Server*
3845 Stockdale Hwy, #101
Bakersfield, CA 93309

*Address of Server*

RECEIVED-CLERK U.S. DISTRICT COURT 2006 MAY 22 P 12: 56

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.