Stephen R. Buckingham (SRB 6067)
Matthew J. Atlas (MA 9210)
**LOWENSTEIN SANDLER** PC
Attorneys At Law
65 Livingston Avenue
Roseland, New Jersey  07068
973.597.2500
Attorneys for Defendant All American
Pharmaceutical & Natural Foods Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NUTRAQUEST, INC.,<br><br>    Plaintiff,<br><br>    -v-<br><br>ALL AMERICAN PHARMACEUTICAL & NATURAL FOODS CORPORATION and ALL AMERICAN EFX,<br><br>    Defendants. | Civil Action No. 06-CV-00186 (DRD)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT ALL AMERICAN PHARMACEUTICAL & NATURAL FOODS CORPORATION** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant All American Pharmaceutical & Natural Foods Corporation ("All American Pharmaceutical") states that no publicly held corporation owns 10% or more of the stock of All American Pharmaceutical, and states further that All American EFX is not a legal entity separate from All American Pharmaceutical.

            **LOWENSTEIN SANDLER** PC
            65 Livingston Avenue
            Roseland, New Jersey 07068
            973.597.2500
            Attorneys for Defendant All American
            Pharmaceutical & Natural Foods Corporation


            By:_____/s Stephen R. Buckingham__
               Stephen R. Buckingham

Dated: June 19, 2006

V1884/79
06/19/2006 1849080.01